# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALEXANDER OCASIO, )
               Petitioner, )    3:09-cv-00539-LRH-VPC
vs. )
                          )    <u>ORDER</u>
E. K. McDANIEL, *et al.,* )
               Respondents. )

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding pro se. On November 17, 2009, respondents filed a motion for an extension of time to respond to the petition. (Docket #7.) Good cause appearing, respondents' motion is **GRANTED.** Respondents are granted to and including January 4, 2010, to file their response.

DATED this 19th day of November, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE