1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8
9   ALEXANDER OCASIO,                    )
10              Petitioner,              )        3:09-cv-00539-LRH-VPC
                                         )
11  vs.                                  )
                                         )        <u>ORDER</u>
12  E. K. McDANIEL, *et al.,*            )
                                         )
13              Respondents.             )
    _____ /
14
15          This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner,
16  a state prisoner, is proceeding pro se.  On December 31, 2009, petitioner filed a motion seeking an
17  extension of time  respond to respondents' motion to dismiss, leave to conduct discovery, and
18  issuance of a subpoena.  (Docket #13.)  A second copy of the same motion was also filed on
19  December 31, 2009.  (Docket #14.)  Good cause appearing, petitioner's motion is **GRANTED** to the
20  extent that petitioner seeks an extension of time**.**  (Docket #13.)   Petitioner is granted to and
21  including February 15, 2010, to file his response to respondents' motion to dismiss.
22          Petitioner seeks a subpoena from this court directing the Nevada Seventh Judicial District
23  Court Clerk to provide the following: 1) docket sheets for every state habeas corpus case filed in the
24  Seventh Judicial District after September 22, 2008, and 2) the complete file from *Mainzer v.*
25  *McDaniel*, Seventh Judicial District Court Case NO. HC 0902002.  As respondents argue, these are
26  public documents.  Petitioner has made no representation that he cannot receive these documents
27  simply by making a request directly to the clerk.   Accordingly, petitioner's motion is **DENIED** to
28  the extent that petitioner seeks to conduct discovery and seeks a subpoena from this court.  (Docket

1   #13.)   Petitioner's second motion filed December 31, 2009, is **DENIED** as duplicative.   (Docket

2   #14.)

3          DATED this 8th day of January, 2010.

4

5                                                          _____

6                                                          LARRY R. HICKS
                                                           UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28